F 9075-1.1.APP.SHORT.NOTICE

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LEO D. PLOTKIN (SBN 101893)<br>LEVY, SMALL & LALLAS<br>A Partnership Including Professional Corporations<br>815 Moraga Drive<br>Los Angeles, California 90049<br>Telephone: (310)471-3000<br>Facsimile: (310)471-7990<br>lplotkin@lsl-la.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: PNC Bank, National Association | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>PCA Aerostructures Company | CASE NO.: 8:16-bk-10738-SC<br>CHAPTER: 7 |
|---|---|
| Debtor(s). | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362</u>

   b. Date of filing of motion: <u>3/14/2016</u>

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

   a. Briefly specify the relief requested in the motion:

   Movant, a secured creditor of Debtor, seeks relief from the automatic stay to exercise all of its rights and remedies under the Uniform Commercial Code, including without limitation foreclosure under non-bankruptcy law, against the collateral securing Debtor's indebtedness, which consists of all of Debtor's personal property.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                         Page 1                                         F 9075-1.1.APP.SHORT.NOTICE

    b.   Identify the parties affected by the relief requested in the motion:

        Movant, Debtor, the Chapter 7 Trustee, and the secured creditors listed on Exhibit 4 to the Motion for Relief from Stay. The Chapter 7 Trustee does not oppose the OST.

    c.   State the reasons necessitating a hearing on shortened time:

        The Chapter 7 Trustee is filing, today, an Application for Order Shortening Time for hearing on his motion to abandon property that serves as Movant's collateral that is the subject of its Motion for Relief from Stay, and it makes sense for both motions to be heard at the same time. In addition, the tenant at Debtor's former Gardena facility asserts that all collateral must be removed by no later than March 24, 2016 and that Movant must pay occupancy expenses of $1,500 to $2,000 per day until such time as its collateral is removed. In addition, Debtor's customers have asserted that they need to obtain raw materials and work-in-process to timely complete work on purchase orders for Department of Defense and commercial projects; upon obtaining relief from stay, Movant will make the necessary arrangements with Debtor's former customers.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 3/14/2016

Levy, Small & Lallas
Printed name of law firm

_[signature]_
Signature of individual Movant or attorney for Movant

Leo D. Plotkin
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 2      F 9075-1.1.APP.SHORT.NOTICE

LEO D. PLOTKIN (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone:   (310) 471-3000
Facsimile:   (310) 471-7990
Email:       lplotkin@lsl-la.com

Attorneys for Movant
PNC Bank, National Association

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | ) Case No. 8:16-bk-10738-SC |
|---|---|
| | ) |
| | ) Chapter 7 |
| PCA AEROSTRUCTURES COMPANY, | ) |
| | ) DECLARATION OF LEO D. PLOTKIN IN |
| | ) SUPPORT OF APPLICATION BY PNC |
| | ) BANK, NATIONAL ASSOCIATION FOR |
| | ) ORDER SHORTENING TIME OF |
| Debtor. | ) HEARING ON MOTION FOR RELIEF |
| | ) FROM THE AUTOMATIC STAY |
| | ) |
| | ) |
| | ) Ctrm:  5C |
| | ) Place: 411 West Fourth Street |
| | )        Santa Ana, California |
| | ) |
| | ) |

I, Leo D. Plotkin, declare:

1. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California and, through my professional corporation, am a member of Levy, Small & Lallas, A Partnership Including Professional Corporations, attorneys for Movant PNC Bank, National Association ("PNC") in this action. I have personal, first-hand knowledge of the entire contents of this declaration and, if called upon to do so, would and could competently testify thereto.

-1-

1     2.     I am advised that the Chapter 7 Trustee is today filing an Application for Order Shortening Time for Hearing on his motion to abandon property of the estate that constitutes collateral for the secured loan that PNC made to Debtor, as described in PNC's accompanying Motion for Relief from the Automatic Stay (the "Motion"). I believe that it would be most efficient if the Motion were heard concurrently with the Trustee's motion because both motions concern the same property.

    3.     I believe that further good cause exists to hear the Motion on shortened notice. The value of the inventory collateral will quickly diminish if relief from stay is not ordered on an expedited basis. At the time Debtor filed its bankruptcy petition, it had both raw materials and works-in-process ("WIP") necessary to complete pending orders for Debtor's customers. Debtor's customers, in turn, have contacted me and have asserted that they need to obtain the raw materials and WIP currently held by Debtor in order to timely complete work on purchase orders for the Department of Defense and commercial projects, or they will make alternative arrangements and acquire such materials elsewhere. If the customers go elsewhere, the value of the inventory will decline dramatically. One example of this is the recent order shortening time granted on PNC's motion for relief from stay with respect to WIP relating to an order placed with Debtor by Fuji Heavy Industries Ltd. ("FHI"). Although the order shortening time was immediately granted and the hearing on the motion for relief from stay was set on an expedited basis, FHI nonetheless elected to obtain its materials elsewhere, leading to a withdrawal of the motion. As a result, the WIP with an approximate value of $43,000, based upon the purchase order from FHI to Debtor, plummeted in value. It is my understanding based upon discussions with a liquidator that such collateral now is likely worth no more than 5 cents on the dollar. I believe that the same fate will befall other raw material and WIP for which other former customers of Debtor are waiting if such customers are not able to quickly get their materials. If the motion for relief from stay is granted, PNC can then work with Debtor's former customers to release such inventory for the parties' mutual benefit, and likely also for the benefit of the Department of Defense.

4. A substantial portion of PNC's collateral is stored at Debtor's Gardena facility, and the current tenant at the facility asserts that PNC must pay occupancy expenses of $1,500 to $2,000 per day until such time as the collateral is removed. Further, the tenant at the facility asserts that all collateral must be removed no later than March 24, 2016. It is therefore important to PNC that the Motion be heard as quickly as possible so that, if relief is granted, it can make arrangements to immediately remove the collateral to avoid the unnecessary expenditure of funds for storage and the potential that the tenant may, after March 24, 2016, refuse to release the Collateral at all.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2016 at Los Angeles, California.

_____
Leo D. Plotkin

32165

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

815 Moraga Drive, Los Angeles, CA  90049-1633

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/14/2016  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Mark S Horoupian (Counsel for Debtor)   mhoroupian@sulmeyerlaw.com
   Jeffrey I Golden (Chapter 7 Trustee)   jgolden@lwgfllp.com
   U.S. Trustee   ustpregion16.sa.ecf@usdoj.gov, Steven T. Gubner   sgubner@brutzkusgubner.com
   Denice Gaucin   denice@evict123.com, Franklin C. Adams   franklin.adams@bbklaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/14/2016  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   PCA Aerostructures Company,   Debtor
   17800 Gothard Street
   Huntington Beach, CA 92647

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/14/2016  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
VIA FEDERAL EXPRESS
Hon. Scott C. Clarkson
411 West Fourth Street, Suite 5130/Courtroom 5C
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/14/2016 | Heidi Petrilli | /s/ Heidi Petrilli |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 3                          F 9075-1.1.APP.SHORT.NOTICE

**Continued from Item No. 2 of Proof of Service**
**(Service by U.S. Mail)**

**GemCap**
Attn: David Ellis
24955 Pacific Coast Highway I Suite A202 I Malibu, California 90265
Direct: 310.593.9074
Mobile: 310.494.1437
Direct Fax: 310.919.3143
dellis@gemcapsolutions.com

**Vintage Capital Group, LLC**
Attn: Tom Webster
11611 San Vicente Blvd.
10th Floor
Los Angeles, CA 90049
Office:    310-806-6595
Cell:    760-908-7441
email:    twebster@vintagecapitalgroup.com